UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Christina Rosol

_____

Write the full name of each plaintiff.

25 CV 5183

CV _____
(Include case number if one has been assigned)

-against-

New York City Housing Authority

_____

Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

Do you want a jury trial?
☐ Yes  ☑ No

## EMPLOYMENT DISCRIMINATION COMPLAINT

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I.    PARTIES

### A.    Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Christina                        Emad                    Rosol
First Name                      Middle Initial          Last Name

Po Box 1045
Street Address

Hodson Bayonne                        NJ                07002
County, City                           State             Zip Code

201-279-2120                        Katy 22008 @ hotmail
Telephone Number                    Email Address (if available)        . Com

### B.    Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:    New York City Housing Authority
                Name

                Address where defendant may be served
                New York                        New York            10007
                County, City                    State               Zip Code

Defendant 2:
                Name

                Address where defendant may be served

                County, City                    State               Zip Code

Defendant 3:

_____
Name

_____
Address where defendant may be served

_____
County, City                    State              Zip Code

## II.    PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

_New York City Housing Authority_
Name

_815 Manor Road_
Address

_Staten Island        NY_          _10314_
County, City                    State              Zip Code

## III.    CAUSE OF ACTION

### A.  Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☑ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☑ race: _____

☐ color: _____

☐ religion: _____

☐ sex: _____

☑ national origin: _____

Page 3

☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: _Egyptian_____

☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year: _1984_____

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is: _____

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is: _____

☑ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

**B.   Other Claims**

In addition to my federal claims listed above, I assert claims under:

☑ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☑ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☑ Other (may include other relevant federal, state, city, or county law):

_____

## IV.   STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

☐  did not hire me

☑  terminated my employment

☐  did not promote me

☐  did not accommodate my disability

☑  provided me with terms and conditions of employment different from those of similar employees

☐  retaliated against me

☑  harassed me or created a hostile work environment

☐  other (specify): _She was treating me very bad_

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

_From first day to work a manger gave me a hard time. She doesn't want me in the office and anther Housing Assistant he touched me a couple of times when I complaines to manger she gave me a bad evaluation and damaged me and finally, terminated me._

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

## V.   ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☑ Yes (Please attach a copy of the charge to this complaint.)

When did you file your charge? ___11 / 9 / 2023___

☐ No

Have you received a Notice of Right to Sue from the EEOC?

☑ Yes (Please attach a copy of the Notice of Right to Sue.)

What is the date on the Notice? _____

When did you receive the Notice? ___06 / 6 / 2025___

☐ No

## VI.   RELIEF

The relief I want the court to order is (check only those that apply):

☑ direct the defendant to hire me

☑ direct the defendant to re-employ me

☐ direct the defendant to promote me

☐ direct the defendant to reasonably accommodate my religion

☐ direct the defendant to reasonably accommodate my disability

☑ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here):

I need tril because what happens with me never happing with Someone else because I got hard time after termineted Finically, Emothinaly, was very hard time for me and my Mom and my doughter.

Page 6

## VII.    PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| _6/20/2025_ | _Christina Rosol_ |
| Dated | Plaintiff's Signature |
| _Christina_   _Emad_ | _Rosol_ |
| First Name    Middle Initial | Last Name |
| _0 1045 Box_ | |
| Street Address | |
| _Hudson Bayonne, N.J_ | _07002_ |
| County, City    State | Zip Code |
| _201-279-2120_ | _Katy 22008 @ hotmail .com_ |
| Telephone Number | Email Address (if available) |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

New York District Office
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 06/06/2025

**To:** Christina E. Rosol
P.o Box 1045
Bayonne, NJ 07002
Charge No: 520-2024-00742

EEOC Representative and email:     ARACELY FRANCOIS
Federal Investigator
aracely.francois@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 520-2024-00742.

On behalf of the Commission,

Digitally Signed By:Arlean Nieto
06/06/2025
Arlean Nieto
Acting District Director

**Cc:**
NA NA
815 Manor Road
Staten Island, NY 10314

Andrew Lupin
NYCHA NYC
90 Church Street
New York, NY 10007

Please retain this notice for your records.

EEOC Form 5 (11/09)

| AMENDED CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC  FEPA | 520-2024-00742 |

| New York City Commission On Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.) | Home Phone | Year of Birth |
|---|---|---|
| Christina E. Rosol | (201) 279-2120 | |

Street Address

184 Avenue C

Bayonne, NJ 07002

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Todt Hill Housing Authority | Unknown Number Of Employees | (718) 761-4393 |

Street Address

815 Manor Road

Staten Island, NY 10314

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|
| | Earliest | Latest |
| National Origin, Sex | 05/22/2023 | 10/31/2023 |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 11/9/23        Christina Rosol | |
| Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

Page 1 of 4

EEOC Form 5 (11/09)

| AMENDED CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other Information before completing this form. | EEOC<br>FEPA | 520-2024-00742 |

| **New York City Commission On Human Rights** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

I began employment with the above-mentioned entity on May 22, 2023, as a NYCHA Housing Assistant.

My first manager, Latanya Jones would not assist me as a new hire. She called me lazy and stated that since I received training, I should follow what the instructor informed me to do. Thereafter, I requested a transfer.

On May 22, 2023, I was then placed in the Staten Island Housing Authority- Todt Hill, under the supervision of Nichole Carcano. She asked why I was transferred and asked if the Union helped me transfer. I informed her that the union did in fact help me and her response, was that it is very difficult to transfer to this location.

On or around July 13, 2023, Alfredo Berez, touched my breast, I told him be careful and he did it again. I then told him if he does it again, I will complain to management. However, he then reported to Managment- Nichole Casertano, that he was trying to help me, and I became violent towards him. I complained and explained what really happened, but was reprimanded, and now I currently have a bad evaluation. I reported the incident to the Union and was informed to send it to the EEO and Security Office for video surveillance. However, Nichole stated that it would not be fair for Alfredo Berez.

Now, no one talks to me, and we have a new Housing Assistant. I have seniority but was told to leave the office. As of October 31, 2023, the new Housing Assistant has my office space, and I was repeatedly told by Nichole Casertano to leave and go anywhere. she asked me to leave my office for a new hiring housing assistant when I asked her, she said anywhere you can stay out with the secretary I am a seniority how can I leave my office for a new hiring.

The first manager's boss said about a manager Latanya Jones she is lazy she doesn't like to help anyone for that, she transferred her to the Wager Office.

When I ask for any day off, she gives me a hard time, but this is easy for anyone else she does everything for my life and my work miserable to live in this office also when I apply for another position inside the city asks me for my evaluations, she damages me, and this has a negative impact on my job and life.

I am very active, do my job, and go before all of them, I leave on time, I don't have a problem with anyone. However, I received a bad evaluation in just three months of working.

I am not given any work assignments, unless Alfredo is on vacation. Alfredo is rude and stated that my English is bad in regard to my accent. However, I am afraid of losing my job. However, I did not complain to Nicholes supervisor, Carlos. Myself and Alfredo, don't do more than 8-10 annuals weekly and when my supervisor has extra work from his section and my section, she gives it to him so that he could be better than me. I am required to complete five annuals, but I am given little to no assignments. Also, we do annual weekly reports for the same 8-10 Maxim 13 for both of us. When she gave me a bad evaluation she said because I failed to submit 5- annual daily How can I do 5 dailies' if we already do 8-10 weekly?

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **11/9/23**<br>*Date*     Christina Rosal<br>      *Charging Party Signature* | SUBSCRIBED AND SWORN TO 'BEFORE ME THIS DATE<br>(month, day, year) |

Page 2 of 4

EEOC Form 5 (11/09)

| AMENDED CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br>FEPA | 520-2024-00742 |

| | |
|---|---|
| New York City Commission On Human Rights<br>*State or local Agency, if any* | and EEOC |

I believe I was discriminated against because of my sex, female, and National Origin, Egyptian, in violation of Title VII of the Civil Rights Act, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 11/9/23<br>*Date*          *Christina Rosol*<br>          *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

Page 3 of 4

Scanned with CamScanner

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA and GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

**NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW**

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

**NOTICE OF NON-RETALIATION REQUIREMENTS**

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

Scanned with CamScanner



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**CHARGE OF DISCRIMINATION**

EEOC Form 5A (July 2016)

For Official Use Only – Charge Number:

| Personal Information | Name (First, Middle, Last): CHRISTINA Emad ROSOL |
|---|---|
| | Street Address: 184 Ave C |
| | City: Bayonne   State: NJ   Zip Code: 07002 |
| | Telephone Number: 201-279-2120   ☐ Home  ☐ Work  ☑ Cell |

| Information about the company or organization you believe discriminated against you. | Organization Name: Todt Hill Housing Authority |
|---|---|
| | Street Address: 815 Manor road |
| | City: State island   State: NY   Zip Code: 10314 |
| | Your job title or the title of the job for which you applied: Housing Assistant |

**Why you believe you were discriminated against?**

| Race ☐ | Color ☐ | Religion ☐ | National Origin ☐ |
|---|---|---|---|
| Sex ☐ | Disability ☑ | Age ☐ | Genetic Information ☐ |
| | Retaliation ☑ | Other ☐ | |

Date(s) Discrimination Took Place: Earliest _____   Latest _____

**What happened to you that you believe was discriminatory?**

Write a brief statement describing each job action and identify the date of each action.

from first day to work a manger give me hard time she doesn't want me in the office and anther Housing Assistant he touched me couple of times when I complained to manger she gave me a bad evaluation. She damaged me I can't

**Signature and Verification**

I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or based on retaliation for filing a charge of employment discrimination, helping in someone else's complaint about job discrimination, or complaining to the employer about job discrimination.

I declare under penalty of perjury that the above is true and correct.

Signature: Christina Rosol   Date: 6/31/23

EEOC

NEW YORK DISTRICT OFFICE

OCT 31 2023

Katy 22008 @ hotmail.com

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1. FORM NUMBER/TITLE/DATE.** EEOC Form 5A, Charge of Discrimination (July 2016).

**2. AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

**3. PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4. ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5. WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging party and respondent and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

EEOC
NEW YORK DISTRICT OFFICE

OCT 31 2023

Issued July 2016.