*** Filed ***
12:35 PM, 26 Jan, 2026
U.S.D.C., Eastern District of New York

Dear Court – Judge

Good afternoon,

Your Honor,

I respectfully write to object to the opposing party's request for additional time.

The opposing party (Robert Kline) had sufficient time to respond, from September 2nd to December 1st, 2025. Despite this, he did not respond. Only after the U.S. Marshal's Office notified him of his failure to respond did he take action. At that point, he requested additional time from January 26 to February 27, 2026, which would result in a total delay of more than four and a half months.

The opposing party has repeatedly failed to respect court deadlines. In contrast, I have consistently complied with all required timelines. For example, the opposing party previously sent me 177 pages and requested that I respond within 15 days, from October 3 to October 18, 2024. I completed and submitted my response within the required time.

Additionally, while my matter was pending with the EEOC, I responded to all requests on time and in good faith, respecting both my obligations and the agency's deadlines, until I was authorized to proceed to court.

Given the lengthy time already provided, the lack of timely response by the opposing party, and my consistent compliance with all deadlines, I respectfully request that the Court deny the request for additional time.

Thank you for Your Honor's consideration.

Respectfully submitted,

Christina Rosol

25-CV-4594